IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 97-50464
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS GLYNN SANDERS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CR-19-1
- - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Curtis Glynn Sanders appeals his conviction for being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). He argues that his conviction is unconstitutional for lack of a nexus with interstate commerce. We have reviewed the record and his brief and find that his argument is precluded by this court's decision in *United States v. Rawls*, 85 F.3d 240, 242-43 (5th Cir. 1996). Absent en banc reconsideration or a superseding contrary decision of the Supreme Court, one panel of this court may not overrule the decision of a prior panel. *United States v. Ruff*,

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

984 F.2d 635, 640 (5th Cir. 1993).  The judgment is AFFIRMED.